**Order filed August 5, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00331-CV

_____

### JEANNE BOWSER AND ALBERT SMITH, Appellants

### V.

### SANDRA BERGQUIST AND ROBERT PONDER, Appellees

**On Appeal from the County Court at Law No. 1**
**Galveston County, Texas**
**Trial Court Cause No. CV-0071627**

## O R D E R

The notice of appeal in this case was filed April 14, 2014. To date, the filing fee of $195.00 has not been paid. No evidence that appellants have established indigence has been filed. _See_ Tex. R. App. P. 20.1. In addition, this court has been notified that appellants have not paid for preparation of the record. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **August 20, 2014.** _See_ Tex. R. App. P. 5. In

addition, appellants are ordered to pay for preparation of the record and provide this court with proof of payment on or before **August 20, 2014.**

If appellants fail to timely comply with this order, the appeal will be dismissed.


PER CURIAM